Ella Kyle, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York ex rel. Michael F. Scott, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Determination confirmed and writ of certiorari quashed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

William J. Reitmeier, Respondent, v. Catherine C. Reitmeier, Appellant.— Order affirmed, without costs. No opinion. Jenks, P. J., Burr, Stapleton and Putnam, JJ., concurred; Carr, J., not voting.

Southern Dutchess Gas and Electric Company, Respondent, v. Harry E. Murphey and Others, Appellants. (Appeal No. 1.)— Orders affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Town of North Hempstead, Respondent, v. Benjamin Stern, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Stapleton and Putnam, JJ., concurred; Carr, J., not voting.

Kreine Troob, Appellant, v. Milton Hertz, Individually and as Receiver of Premises 1310 Forty-first Street, Brooklyn, New York, Respondent.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements, without prejudice to an application by plaintiff to the Special Term for leave to amend his complaint on appropriate terms. No opinion. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Elizabeth Wahl, Respondent, v. Charles G. Cronin and Others, Appellants.— Judgment and order unanimously affirmed, with costs. The verdict of the jury as to the condition of the stairway, and prior notice thereof to the janitor of the building, is supported by testimony the credibility of which was for the jury. In view of plaintiff's injuries and the reduction of the verdict directed by the trial justice, it cannot be held that the judgment is excessive or unreasonable. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Harry Weil, by Carl Weil, His Guardian ad Litem, Respondent, v. F. I. A. T., Appellant.—Judgment and order unanimously affirmed, with costs. The evidence both as to negligence and the extent and gravity of plaintiff's injuries was conflicting, and, therefore, the jury were to determine the credibility and weight to be given to this testimony. As there was evidence to sustain their verdict, and appellant's exceptions to the rulings of the court below present no error, we find no ground to interfere with the verdict and the judgment entered thereon. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.